NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL GUIBILO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil No.: 10-4748 (JLL)<br><br><br><br>ORDER TO ANSWER |

A Petition to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, having been filed in the above matter,

IT IS on this 15th day of November, 2010,

ORDERED that the Respondent file an answer to said Petition which responds to the allegations of the Petition by each paragraph and subparagraph within 45 days of entry of this Order, accompanied by a certified copy of all briefs, appendices, opinions, process, pleadings, transcripts and orders filed in the proceedings under attack, or such of them as may be material to the questions raised in the petition; and it is further

ORDERED that the Clerk of the Court shall cause a copy of this Order, together with the Petition, to be served upon the United States Attorney, and to provide Petitioner with a copy of this Order.

IT IS SO ORDERED.

Jose L. Linares
United States District Judge