NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL GUIBILO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil No.: 10-4748 (JLL)<br><br><br><br>**ORDER** |

This matter comes before the Court by way of Petitioner's counsel's letter to the Court dated July 12, 2011 [Docket Entry No. 25], and it appearing that Petitioner's counsel no longer seeks the extension of time originally requested and granted by the Court by way of Order dated July 11, 2011,

Accordingly, **IT IS** on this **18th day of July, 2011**,

**ORDERED** that the Government may immediately renew its motion to dismiss (by way of letter or the re-filing of the motion itself), which was administratively terminated by the Court pending the extension of time originally granted to Petitioner; and it is further

**ORDERED** that all other aspects of this Court's July 11, 2011 Order remain in place.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge