U.S. Department of Justice

United States Attorney
District of New Jersey

970 Broad Street, Suite 700
Newark, New Jersey 07102

July 21, 2011

Honorable Jose L. Linares
United States District Judge
Martin Luther King, Jr.
 Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:  Guibilo v. United States
           Civil No. 10-4748 (JLL)
           <u>Criminal No. 04-558 (JLL)</u>

Dear Judge Linares:

      Pursuant to the Court's July 18, 2011, Order (Docket Entry 26), the United States hereby renews its motion to dismiss in the above-captioned matter. Further pursuant to the Court's July 18, 2011, Order, the United States will not re-file the motion itself but instead submits this letter and respectfully requests that the Court consider the Government's previous filings (specifically Docket Entry 13 and Docket Entry 14) in support of the motion to dismiss.

                                   Respectfully submitted,

                                     PAUL J. FISHMAN
                                   United States Attorney

                                   S/Andrew Kogan
                                   By: Andrew Kogan
                                   Assistant U.S. Attorney

cc: Michael G. Paul, Esq.

SO ORDERED: /s/ Jose L. Linares
DATED: 7/22/11